MEMORANDUM DECISIONS.

W. M. MONTGOMERY, *Appellee,* v. WILLIAM H. SLATER et al., *Appellants.*

No. 17,802.

OPINION ON REHEARING.

Appeal from Wyandotte court of common pleas. Opinion on rehearing, filed April 12, 1913. Former judgment of reversal adhered to. (For original opinion see 87 Kan. 848, 126 Pac. 1085.)

*C. Angevine, J. K. Cubbison, William G. Holt,* all of Kansas City, and *Halbert H. McCluer,* of Kansas City, Mo., for the appellants.

*James F. Getty,* of Kansas City, for the appellee.

*Per Curiam:* The former judgment (87 Kan. 848, 126 Pac. 1085) is adhered to.